UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-95-H

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AGUSTIN MORAN RODRIGUEZ | ORDER |

On motion of the Defendant, Agustin Moran Rodriguez., and for good cause shown, it is hereby ORDERED that [DE-19 be sealed until further notice by this Court. The grounds for this Order are found at [DE-19].

Accordingly, it is ORDERED that these documents be filed under seal and to remain so sealed until otherwise ordered by the Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

IT IS SO ORDERED this 7th day of January, 2016.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE